IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | | |
|---|---|---|
| LEONARD W. GIDDENS, JR., | : | |
| Plaintiff | : | |
| VS. | : | |
| Warden KEVIN ROBERTS, *et al.*, | : | NO. 1:05-CV-112(WLS) |
| Defendants | : | O R D E R |

Plaintiff **LEONARD W. GIDDENS, JR.**, an inmate at Calhoun State Prison, in Morgan, Georgia, has filed a *pro se* civil rights complaint under 42 U.S.C. § 1983. The Court infers from the relief section of plaintiff's complaint that plaintiff is alleging that Calhoun prison officials have been deliberately indifferent to his future health by allowing him to be exposed to harmful levels of environmental tobacco smoke. However, the Court notes that the complaint form submitted by plaintiff is missing his statement of claim and is, therefore, incomplete. Also, the Court notes that in addition to Warden Kevin Roberts, plaintiff names as a defendant "Calhoun Medical Staff." Plaintiff is advised that the "Calhoun Medical Staff" is not a "person" that can be sued under section 1983. Therefore, plaintiff might wish to name specific individuals within this organization whom plaintiff believes violated his rights.

Accordingly, plaintiff is instructed to complete and submit the statement of claim portion of the Court's section 1983 form, which the Clerk is directed to provide to plaintiff, along with a copy of this order. Plaintiff shall have thirty (30) days from his receipt of this order to submit the above information. His failure to comply with this order may result in the dismissal of his complaint. There shall be no service of process in this case until further order of the court.

**SO ORDERED**, this 4th day of October, 2005.

                                            <u>Richard L. Hodge</u>
                                            RICHARD L. HODGE
                                            UNITED STATES MAGISTRATE JUDGE