IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | | |
|---|---|---|
| LEONARD W. GIDDENS, JR., | : | |
| Plaintiff | : | |
| VS. | : | 1 : 05-CV-112 (WLS) |
| Warden KEVIN ROBERTS, et al., | : | |
| Defendants. | : | |

**ORDER**

Presently pending in this § 1983 action are the plaintiff's Motion for Extension of Time and Motion for Discovery. In his Motion for Extension of Time, the plaintiff asks that he be given additional time based on mail delays resulting from prison transfers, although he does not specify any pending motions or pleadings for which he needs additional response time, etc. Inasmuch as the court cannot discern any specific need for the granting of an extension of time, plaintiff's motion for same is hereby **DENIED**.

In his Motion for Discovery, the plaintiff apparently seeks certain discovery documents. Such a motion is not the proper means for obtaining discovery from the defendants. If the plaintiff wishes to conduct discovery, he must serve the defendants with his specific requests. Inasmuch as plaintiff's Motion for Discovery presents nothing for the court to rule upon, same is hereby **DENIED**.

**SO ORDERED**, this 19th day of June, 2006.

/s/ *Richard L. Hodge*
RICHARD L. HODGE
UNITED STATES MAGISTRATE JUDGE

asb