IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| LEONARD W. GIDDENS, | : |
| Petitioner | : |
| v. | : 1:05-CV-112 (WLS) |
| WARDEN KEVIN ROBERTS, et. al., | : |
| Respondents | : |

# **ORDER**

Before the Court is a Report and Recommendation from United States Magistrate Judge Richard L. Hodge (Doc. 36) filed on June 19, 2006, recommending the denial of Petitioner's Motions for Preliminary Injunction. (Docs. 16, 33). Petitioner filed a motion to reconsider the Report and Recommendation on June 23, 2006. (Doc. 37). Petitioner's motion for reconsideration was denied by Order of the Magistrate Judge on June 27, 2006.[1] (Doc. 39).

In the Report and Recommendation, it was found that Petitioner's "motions reveal no basis for the issuance of an injunctive order." (Doc. 36). It was further found that Petitioner " has not established that he is entitled to the injunctive relief requested or that no other relief is available to address his alleged injuries, having failed to identify any specific threat of irreparable injury that is directly related to the sale of tobacco products. *Id*. Accordingly, it was recommended that Petitioner's motions for restraining order be denied. *Id*. Upon review of Petitioner's motion for reconsideration, it is found that the same consists not of objections to the findings contained within the instant Report and Recommendation, but rather of novel legal theories and arguments which were not before the Magistrate Judge when he issued the Recommendation at issue. (*See* Doc. 37). Therefore, the Court will not consider these new

---

[1] To the extent that Petitioner's motion for reconsideration operates as an objection to the instant report and recommendation, separate and apart from its function as a reconsideration motion, the Court will address Petitioner's filing accordingly.

1

allegations and/or contentions not previously presented to and considered by the magistrate judge..

Accordingly, upon full review and consideration upon the record, the Court finds that the Report and Recommendation (Doc. 36) should be, and hereby is, **ACCEPTED**, **ADOPTED** and made the Order of this Court for reason of the findings made and reasons stated therein, together with the findings made and conclusions reached herein.  Petitioner's Motions for Preliminary Injunction (Docs. 16, 33) are therefore **DENIED**.

**SO ORDERED**,  this   17th   day of August, 2006.

/s/W. Louis Sands
**W. LOUIS SANDS, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**