**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION**

LEONARD W. GIDDENS, :
:
    Plaintiff :
:
v. : 1:05-CV-112 (WLS)
:
WARDEN KEVIN ROBERTS, et. al., :
:
    Defendant :
:

**ORDER**

    Before the Court is a Report and Recommendation from United States Magistrate Judge Richard L. Hodge (Doc. 51) filed on March 8, 2007, recommending that Defendants' Motion for Summary Judgment (Doc. 21) be granted. Plaintiff filed a timely objection on March 13, 2007. (Doc. 52).

    In the Report and Recommendation, it was found that Plaintiff bears the burden at trial of proving both the levels of environmental tobacco smoke ("ETS") to which he has been exposed and that such exposure created unreasonable risk of serious damage to his future health. (Doc. 51). It was further found that Plaintiff failed to present evidence which could be found to carry either burden of proof. *Id*. Noting that Defendants have correctly pointed out that Plaintiff, as non-moving party to this summary judgment motion, could not meet his burdens at trial, it was found that summary judgment was appropriate in favor of Defendants. *Id*. It is therefore recommended that Defendants' Motion for Summary Judgment (Doc. 51) be granted.

    In his objection, Plaintiff purports to summarize Surgeon General reports on ETS and later the status of the law pertaining to the Americans with Disabilities Act ("ADA"). (Doc. 52). Nowhere in his filing does Plaintiff raise a cognizable objection to the Magistrate Judge's findings. *See id*. Plaintiff's filing is wholly without merit and is therefore overruled.

    Upon full review and consideration upon the record, the Court finds that the Report and

1

Recommendation (Doc. 51) should be, and hereby is, **ACCEPTED**, **ADOPTED** and made the Order of this Court for reason of the findings made and reasons stated therein, together with the findings made and conclusions reached herein. Accordingly, Defendants' Motion for Summary Judgment (Doc. 21) is **GRANTED**.

**SO ORDERED**, this  21st  day of March, 2007.

　　　　　　　　　　　　　　　　　　　　 /s/W. Louis Sands　　　　　　
　　　　　　　　　　　　　　　　　　**THE HONORABLE W. LOUIS SANDS,**
　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT COURT**